# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Martin J. Walsh | **CLERK'S ENTRY OF DEFAULT** |
| Plaintiff, | |
| v. | Case Number:  21-cv-01635-NEB-DTS |
| William Shocinski, Jr., Cloud X Vapes Forest Lake LLC, Vapes by Courtney, LLC, Cloud X Vapes L.L.C., CloudXVapes Plus LLC, Northshore Vape LLC | |
| Defendants. | |

It appearing that defendants William Shocinski, Jr., Cloud X Vapes Forest Lake LLC, Vapes by Courtney, LLC, Cloud X Vapes L.L.C., CloudXVapes Plus LLC, Northshore Vape LLC are in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff, Martin J. Walsh.

   DEFAULT IS HEREBY ENTERED against William Shocinski, Jr., Cloud X Vapes Forest Lake LLC, Vapes by Courtney, LLC, Cloud X Vapes L.L.C., CloudXVapes Plus LLC, Northshore Vape LLC.

KATE M. FOGARTY, CLERK

Date: 3/31/2022